1 | TRINETTE G. KENT (State Bar No. 025180)
2 | KENT LAW OFFICES
3 | 10645 North Tatum Blvd., Suite 200-192
  | Phoenix, AZ 85028
4 | Telephone: (480) 247-9644
  | Facsimile: (480) 717-4781
5 | E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Steve Zieder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve Zieder | Case No.: 2:15-cv-01564-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ACCOUNT DISCOVERY SYSTEMS, LLC** |
| Account Discovery Systems, LLC, | |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Account Discovery Systems, LLC, with prejudice and without costs to either party.

KENT LAW OFFICES

DATED: September 21, 2015

By: /s/ Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
Steve Zieder